**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 847 MAL 2017

         Petitioner           :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

         v.                      :

ROBERT JOHN MCMANUS,             :

         Respondent         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.